

# NUMBER 13-21-00378-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

VERNON LUCICH,                                                          Appellant,

v.

JAMES AND CHELSEA COOK,                                                 Appellees.

---

### On appeal from the 156th District Court
### of San Patricio County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Hinojosa, Tijerina, and Silva
### Memorandum Opinion by Justice Silva

Appellant, Vernon Lucich, attempted to perfect an appeal from an order "rendered or overruled" by the 156th Judicial District Court of San Patricio County, Texas, in cause no. S-19-6160CV-B. Upon review of the documents before the Court, it appears there is no final, appealable order. On November 9, 2021, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done.

*See* Tex. R. App. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice. Additionally, District Court Clerk Tina Roblez informed the Clerk's office that the trial court does not have any signed orders or judgments on the date provided within the notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* Accordingly, the appeal is dismissed for want of jurisdiction. *See id.* 42.3(a),(c).

CLARISSA SILVA
Justice

Delivered and filed on the
20th day of January, 2022.